ACCEPTED
04-14-00621-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/14/2015 11:16:30 AM
KEITH HOTTLE
CLERK

## CAUSE NO. 04-14-00621-CV

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE 49TH JUDICIAL |
| | § | |
| CARLOS JAVIER TOVAR, | § | DISTRICT COURT OF |
| | § | |
| A CHILD | § | ZAPATA COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/14/2015 11:16:30 AM
KEITH E. HOTTLE
Clerk

## APPELLEE'S THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Appellee's **FRANCISCO TOVAR GUAJARDO, JR.** files this motion for extension of time and requires an additional thirty days to file his Appellee's brief, extending the briefing deadline to August 17, 2015. This is Appellee's Third and last request for an extension on this deadline. This extension is not sought for delay.

Appellee's has been unable to finalize his brief due to his counsel working extensively Appellee's brief in another case filed also with this court. In addition Appellee's counsel has had numerous court settings on other contested matters in and out of her primary county of practice. Then moreover, Appellee's counsel is a sole practitioner with an extensive case load and require additional time to complete the brief in this case. These obligations have hindered the undersigned counsel's ability to complete the brief for this cause by the July 17, 2015 deadline.

### *Prayer*

Appellee's **FRANCISCO TOVAR GUAJARDO, JR.** prays that his briefing deadline be extended to August 17, 2015.

Respectfully Submitted,

**/S/FLOR E. FLORES**

Flor E. Flores
State Bar No. 24065235
**THE LAW FIRM OF FLOR E. FLORES, PLLC**
700 N. Flores St., Ste. E
Rio Grande City, Texas 78582
Tel: (956)263-1786
Fax: (956)263-1750

1

ffloreslaw@gmail.com
*Attorney for Appellees Francisco Tovar*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July <u>14</u>, 2015, a true and correct copy of this document was served upon counsel for Appellees via electronic service.


Leticia Garcia
Leticia.garcia.atty@gmail.com
Counsel for Irma I. Perez-Chapa

Ricardo Pumarejo Jr.
rpumarejo@ktattorneys.com
Counsel for Maria Del Socorro Gonzalez and Cesario Gonzalez


**/S/FLOR E. FLORES**
Flor E. Flores